**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DIAMOND ASHLEY WEST,<br><br>　　　　Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>　　　　Defendants. | CASE NO. 1:24-cv-02580-LMM-LTW |

**NOTICE OF SETTLEMENT AS TO DEFENDANT,**
**EQUIFAX INFORMATION SERVICES LLC.**

COMES NOW Plaintiff, DIAMOND ASHLEY WEST, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 9th day of August, 2024.

1

/s/ Octavio Gomez
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Suite 610
Tampa, FL 33602
Cell: (813) 299-8537
Facsimile: (844) 951-3933
Tav@theconsumerlawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 9th day of August, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ Octavio Gomez
Octavio "Tav" Gomez
Georgia Bar No.: 617963
The Consumer Lawyers
*Attorney for Plaintiff*